FORM B104 (08/07)                                                                 2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Musicians Interguild Credit Union | DEFENDANTS<br>Michael Mostert |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Karen A. Ragland<br>Garwacki & Associates<br>5111 Dahilia Drive, Suite A, Los Angeles, CA 90041 | **ATTORNEYS** (If Known)<br>David S. Hagen<br>Law Offices of David A. Hagen<br>16830 Ventura Blvd., #500, Encino, CA 91436 |
| **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor   ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☑ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Complaint to Determine Nondischargeability of Debt

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 8,000.00 |
| Other Relief Sought | |

RECEIVED JUL 18 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

FORM B104 (08/07), page 2                                                  2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| **NAME OF DEBTOR** <br> Michael Mostert || **BANKRUPTCY CASE NO.** <br> LA 08-15488 TD |
| **DISTRICT IN WHICH CASE IS PENDING** <br> Central District of California | **DIVISIONAL OFFICE** <br> Central | **NAME OF JUDGE** <br> Donovan |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** |||
| **PLAINTIFF** | **DEFENDANT** | **ADVERSARY PROCEEDING NO.** |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** |||
| **DATE** <br> 7/18/08 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> Karen A. Ragland ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Karen A. Ragland,  State Bar No. 108560<br>Garwacki & Associates<br>5111 Dahlia Drive, Suite A<br>Los Angeles, CA 90041<br>Phone (323) 344-4100<br>Fax (323) 344-4105 | RECEIVED<br>JUL 18 2008<br>CLERK U S BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:           Deputy Clerk |
| *Attorney for Plaintiff* Musicians Interguild Credit Union | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: MICHAEL MOSTERT AND ELIZABETH MOSTERT | CHAPTER 7 |
|---|---|
| | CASE NUMBER LA 08-15488 TD |
| Debtor. | ADVERSARY NUMBER |
| MUSICIANS INTERGUILD CREDIT UNION<br>Plaintiff(s), | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)* |
| vs.<br>MICHAEL MOSTERT<br>Defendant(s). | **SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** | **Time:** | **Courtroom:** 1345 | **Floor:** |
|---|---|---|---|

- ☒ 255 East Temple Street, Los Angeles
- ☐ 411 West Fourth Street, Santa Ana
- ☐ 21041 Burbank Boulevard, Woodland Hills
- ☐ 1415 State Street, Santa Barbara
- ☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)

F 7004-1

Summons and Notice of Status Conference - *Page 2*     **F 7004-1**

| In re MICHAEL MOSTERT AND ELIZABETH MOSTERT | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER LA 08-15488 TD |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF _____

1. I am employed in the County of _____, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. ❏ **Regular Mail Service:** On _____, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, California, addressed as set forth below.

3. ❏ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:

❏ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

_____      _____
Type Name                                                                            Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)     **F 7004-1**

Karen A. Ragland, Bar No. 108560
GARWACKI & ASSOCIATES
5111 Dahlia Drive, Suite A
Los Angeles, California 90041
(323) 344-4100

Attorneys for Plaintiff
Musicians Interguild Credit Union
fka Musicians Credit Union



FILED
JUL 18 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MICHAEL MOSTERT and ELIZABETH MOSTERT,<br><br>    Debtor(s).<br>_____/<br><br>MUSICIANS INTERGUILD CREDIT UNION fka MUSICIANS CREDIT UNION,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL MOSTERT,<br><br>    Defendant(s)<br>_____/ | CASE NO. LA 08-15488 TD<br><br>Chapter 7<br><br>ADV. NO.<br><br>COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF A DEBT PURSUANT TO 11 U.S.C. SECTION 523(a)(6) |

COMES NOW Plaintiff, Musicians Interguild Credit Union fka Musicians Credit Union (hereinafter "Plaintiff") to complain of the Defendant, Michael Mostert (hereinafter "Defendant"), and for Claims for Relief alleges as follows:

    1.    This Court has jurisdiction over this matter and proceedings pursuant to Title 28 U.S.C. Section 1334 and 11 U.S.C. Section 523, and is a core proceeding under 28 U.S.C. Section 157(b)(20(1).

    2.    Plaintiff is a credit union authorized to do business as such by the state of California.

**Complaint to Determine Nondischargeability**    1

1   3.   Defendants are individuals and Chapter 7 debtors by virtue of a bankruptcy
2   petition filed by said Defendants on April 24, 2008.
3   4.   John Menchaca is the appointed trustee in this Chapter 7 case and Plaintiff seeks
4   no monetary recourse against the Trustee.
5   5.   Among the debts listed in the schedules of debts of the Defendants are the debts
6   owing Plaintiff herein as more particularly set forth herein.
7   6.   Plaintiff is a creditor of Defendants by virtue of a Loanliner Application
8   ("Application") between Defendant and Plaintiff signed on October 3, 2002. The collateral securing
9   said Agreement is a 1957 Gibson Les Paul Guitar, (hereinafter "guitar"). A true and correct copy
10  of the Application is attached hereto as Exhibit "1" and incorporated herein by reference.
11  7.   Approximately ten days after the filing of the Chapter 7 petition of the Defendant,
12  the Court set the date of July 21, 2008 as the last date of file a complaint to determine
13  nondischargeability of any debt pursuant to 11 U.S.C. 523(a)(2), 523(a)(4), and 523(a)(6).

## FIRST CLAIM FOR RELIEF

## 11 U.S.C. §(523(a)(6)

8.   Plaintiff hereby incorporates and realleges each and every allegation contained in the Preliminary Allegations and incorporated the same herein by reference.

9.   On or about October 3, 2002, Defendant signed a Loanliner Application wherein he pledged to Plaintiff a security interest in the subject classic guitar.

10.   In order to secure said Application, the Plaintiff filed its UCC-1 Financing Agreement with the Secretary of State for the State of California. A copy of the UCC-1 Financing Statement is attached hereto as Exhibit "2" and incorporated herein by this reference.

11.   Plaintiff is informed and believes and thereon alleges, that the Defendant has willfully and maliciously converted the guitar by:

    (a)   The transfer and/or sale of said guitar to third parties, unknown to Plaintiff, without the prior authority or permission of Plaintiff. The Defendant further retained the proceeds from the transfer and/or sale of the guitar.

Complaint to Determine Nondischargeability         2

12.  As a direct and proximate result of the foregoing, Plaintiff has been damaged to the extent of the fair market value of said guitar at the time of its conversion by the Defendant and in all amounts expended by Plaintiff in seeking the return of the guitar, all in an amount to be proven at the time of trial.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

**AS TO THE SECOND CLAIM FOR RELIEF AS TO DEFENDANT MICHAEL MOSTERT**

1. For the fair market value of the classic 1957 Gibson Les Paul Guitar;

2. For the costs of recovery of the guitar;

**AS TO ALL CLAIMS FOR RELIEF**

3. That Plaintiff, be awarded reasonable attorneys' fees and costs of suit incurred herein; and,

4. For such other and further relief as the Court may deem just and proper.

Dated: July 18, 2008

GARWACKI & ASSOCIATES

By: _____
KAREN A. RAGLAND
Attorney for Plaintiff

Complaint to Determine Nondischargeability        3

# EXHIBIT "1"

817 Vine Street • P.O. Box 38010
Hollywood, CA 90038-3715
Phone: (323) 462-6447 • Fax: (323) 462-4411
www.mcu1@aol.com or www.musicianscu.org

**LOANLINER.**
**Application**

**There are costs associated with the use of this card. To obtain information about these costs, call us collect at (323) 462-6447 or write to us at address stated above.**

Account Number  22323        Requested Terms  60        Drivers License#  B8812566

**Individual Credit:** You must complete the Applicant section about yourself and the Other section about your spouse if:
1. you live in or the property pledged as collateral is located in a community property state (AK, AZ, CA, ID, LA, NM, NV, TX, WA, WI);
2. your spouse will use the account; or
3. you are relying on your spouse's income as a basis for repayment. If you are relying on income from alimony, child support, or separate maintenance, complete the Other section to the extent possible about the person on whose payments you are relying.

**Joint Credit:** If you are applying with another person, complete the Applicant and Other sections.
**Guarantor:** Complete the Other section if you are a guarantor on an account/loan.

☐ **LOANLINER® Account/Loan:** ☒ Individual ☐ Joint
(Including ATM/Debit Card Access to the Account if Available)
Amount Requested $ ~~UNKNOWN~~ 4000.00
Purpose/Collateral: INSTRUMENT
Repayment: ☐ Payroll Deduction ☒ Cash ☐ Military Allotment

☐ **Credit Card Account:** ☐ Individual ☐ Joint
(See Disclosure Table or Agreement for Terms)
Credit Limit Requested $ _____
If Authorized User, Name: _____
☐ Automatic Payment

**Payment Protection:**
☐ Single Credit Disability Insurance  ☒ Single Credit Life Insurance  ☐ Joint Credit Life Insurance

Check coverage(s) desired. The credit union will disclose the cost of this voluntary insurance to you. A separate insurance election which discloses the terms and conditions must be signed for coverage to become effective.

**Applicant**                                                        **Other** ☐ Co-Applicant ☐ Spouse ☐ Guarantor

NAME (Last - First - Initial)          MOTHER'S MAIDEN NAME           NAME (Last - First - Initial)          MOTHER'S MAIDEN NAME
MOSTERT  Michael R          LUPS

ACCOUNT NUMBER               SOCIAL SECURITY NUMBER                   ACCOUNT NUMBER                SOCIAL SECURITY NUMBER
22323                        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

DRIVER'S LICENSE NUMBER / STATE   LIST AGES OF DEPENDENTS NOT LISTED  DRIVER'S LICENSE NUMBER / STATE   LIST AGES OF DEPENDENTS NOT LISTED
B8812566                          BY OTHER APPLICANT (Exclude Self)                                     BY APPLICANT (Exclude Self)

BIRTH DATE    HOME PHONE        BUSINESS PHONE/EXT                    BIRTH DATE    HOME PHONE       BUSINESS PHONE/EXT
7/21/65   323-851-0591    323-654-4922

E-MAIL ADDRESS                                                        E-MAIL ADDRESS
MikeSifu65@aol.com

PRESENT ADDRESS (Street - City - State - Zip)    ☐ OWN ☒ RENT          PRESENT ADDRESS (Street - City - State - Zip)    ☐ OWN ☐ RENT
6929 1/2 Camrose DR                              YEARS AT THIS
LA CA 90068                                      ADDRESS 2

PREVIOUS ADDRESS (Street - City - State - Zip)    ☐ OWN ☐ RENT          PREVIOUS ADDRESS (Street - City - State - Zip)    ☐ OWN ☐ RENT
                                                 YEARS AT THIS                                                            YEARS AT THIS
                                                 ADDRESS                                                                  ADDRESS

COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY   COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY
PROPERTY STATE                                                            PROPERTY STATE
☐ MARRIED  ☐ SEPARATED  ☐ UNMARRIED (Single - Divorced - Widowed)         ☐ MARRIED  ☐ SEPARATED  ☐ UNMARRIED (Single - Divorced - Widowed)

NAME AND         Sam Ash Music                                            NAME AND
ADDRESS OF       8000 Sunset BL                                           ADDRESS OF
EMPLOYER         LA CA 90046                                              EMPLOYER

TITLE/GRADE           START DATE    HOURS AT WORK                         TITLE/GRADE           START DATE    HOURS AT WORK
General Manager       8/1986        50

SUPERVISOR'S NAME     IF SELF EMPLOYED, TYPE OF BUSINESS                  SUPERVISOR'S NAME     IF SELF EMPLOYED, TYPE OF BUSINESS
Dave Barbieri

NOTICE: ALIMONY, CHILD SUPPORT OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED   NOTICE: ALIMONY, CHILD SUPPORT OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED
IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED                                           IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED

EMPLOYMENT INCOME                OTHER INCOME                             EMPLOYMENT INCOME                OTHER INCOME
$ 70,000 PER Year  $ _____ PER _____                                      $ _____ PER _____  $ _____ PER _____
☐ NET ☒ GROSS   SOURCE                                                    ☐ NET ☐ GROSS   SOURCE

MILITARY: IS DUTY STATION TRANSFER EXPECTED DURING NEXT YEAR? ☐ YES ☒ NO  MILITARY: IS DUTY STATION TRANSFER EXPECTED DURING NEXT YEAR? ☐ YES ☐ NO
WHERE                         ENDING/SEPARATION DATE                      WHERE                         ENDING/SEPARATION DATE

PREVIOUS EMPLOYER NAME AND ADDRESS IF EMPLOYED LESS    STARTING DATE      PREVIOUS EMPLOYER NAME AND ADDRESS IF EMPLOYED LESS    STARTING DATE
THAN FIVE YEARS                                                           THAN FIVE YEARS

                                                       ENDING DATE                                                               ENDING DATE

©CUNA MUTUAL GROUP 1980, 82, 84, 95, 89, 98, 99, 2000, 01 ALL RIGHTS RESERVED   **CONTINUED ON REVERSE SIDE**
TO ORDER: 1-800-356-5012                                                                                              AXA123

| | NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU | RELATIONSHIP | HOME PHONE | NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU | RELATIONSHIP | HOME PHONE |
|---|---|---|---|---|---|---|
| | Elvire Mostert 329 Brookewood Dr Peachtree City GA 30269 | Mother | 482-1265 | Jill Mostert 257 Brentwood Pky. Brentwood NY 11717 | Sister | 631-273-???? |

| | CREDITOR NAME OTHER THAN THIS CREDIT UNION (Attach additional sheet(s) if necessary) | INTEREST RATE | PRESENT BALANCE | MONTHLY PAYMENT | OWED BY Applicant | OWED BY Other |
|---|---|---|---|---|---|---|
| ☒ RENT ☐ FIRST MORTGAGE (Include Tax and Ins.) | | | $ | $ 850 | | |
| 2nd MORTGAGE | | | $ | $ | | |
| 1st AUTO LOAN | Lse | | $ 12,000 | $ 427 | X | |
| 2nd AUTO LOAN | | | $ | $ | | |
| CHILD-CARE | | | $ | $ | | |
| CHILD SUPPORT | | | $ | $ | | |
| CREDIT CARD | Providian | | $ 800 | $ 25 | X | |
| CREDIT CARD | First Premier | | $ 900 | $ 45 | | ✓ |
| OTHER | | | $ | $ | | |
| OTHER | | | $ | $ | | |
| TOTALS | | | $ | $ | | |

| | LIST LOCATION OF PROPERTY OR FINANCIAL INSTITUTION | MARKET VALUE | PLEDGED AS COLLATERAL FOR ANOTHER LOAN YES | PLEDGED AS COLLATERAL FOR ANOTHER LOAN NO | OWNED BY Applicant | OWNED BY Other |
|---|---|---|---|---|---|---|
| HOME | | $ | YES | NO | | |
| AUTO | | $ | YES | NO | | |
| SAVINGS | Musicians Credit Union | $ 6,000 | YES | NO | X | |
| CHECKING | | $ | YES | NO | | |
| OTHER (Describe) | Musical Instruments | $ 30,000 | YES ✓ | NO | | X |

| | | APPLICANT YES | APPLICANT NO | OTHER YES | OTHER NO |
|---|---|---|---|---|---|
| 1 | ARE YOU A U.S. CITIZEN OR PERMANENT RESIDENT ALIEN? | ✓ | | | |
| 2 | DO YOU CURRENTLY HAVE ANY OUTSTANDING JUDGMENTS OR HAVE YOU EVER FILED FOR BANKRUPTCY, HAD A DEBT ADJUSTMENT PLAN CONFIRMED UNDER CHAPTER 13, HAD PROPERTY FORECLOSED UPON OR REPOSSESSED IN THE LAST 7 YEARS, OR BEEN A PARTY IN A LAWSUIT? | | | | X |
| 3 | IS YOUR INCOME LIKELY TO DECLINE IN THE NEXT TWO YEARS? | | | | X |
| 4 | ARE YOU A CO-MAKER, CO-SIGNER OR GUARANTOR ON ANY LOAN NOT LISTED ABOVE? FOR WHOM (Name of Others Obligated on Loan) TO WHOM (Name of Creditor) | | | | |

**OHIO RESIDENTS ONLY:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law. Union is furnished a copy of the agreement, statement or decree, or has actual knowledge of its terms, before the credit is granted or the account is opened. (2) Please sign if you are not applying for this account or loan with your spouse. The credit being applied for, if granted, will be incurred in the interest of the marriage or family of the undersigned.

**WISCONSIN RESIDENTS ONLY:** (1) No provision of any marital property agreement, unilateral statement under Section 766.59, or court decree under Section 766.70 will adversely affect the rights of the Credit Union unless the Credit

X _____
SIGNATURE FOR WISCONSIN RESIDENTS ONLY       DATE

**Signatures**

1. You promise that everything you have stated in this application is correct to the best of your knowledge and that the above information is a complete listing of what you owe. If there are any important changes you will notify us in writing immediately. You authorize the Credit Union to obtain credit reports in connection with this application for credit and for any update, increase, renewal, extension, or collection of the credit received. You understand that the Credit Union will rely on the information in this application and your credit report to make its decision. If you request, the Credit Union will tell you the name and address of any credit bureau from which it received a credit report on you. It is a federal crime to willfully and deliberately provide incomplete or incorrect information on loan applications made to federal credit unions or state chartered credit unions insured by NCUA.

2. If you are applying for a credit card, you understand that the use of your card will constitute acknowledgment of receipt and agreement to the terms of the credit card agreement and disclosures. You grant us a security interest in all individual and joint share and/or deposit accounts you have with us now and in the future to secure your credit card account. When you are in default, you authorize us to apply the balance in these accounts to any amounts due. Shares and deposits in an Individual Retirement Account, and any other account that would lose special tax treatment under state or federal law if given as security, are not subject to the security interest you have given in your shares and deposits.

| X _____ (SEAL) 10/3/02 | X _____ (SEAL) _____ |
|---|---|
| APPLICANT'S SIGNATURE           DATE | OTHER SIGNATURE          DATE |

**For Credit Union Use Only**

| DATE 10-15-02 | ☑ APPROVED ☐ DENIED (Adverse Action Notice Sent) | APPROVED SIGNATURE | LINE OF CREDIT LIMITS $ | OTHER $ | OTHER $ | DEBT RATIO/SCORE BEFORE AFTER |
|---|---|---|---|---|---|---|

LOAN OFFICER COMMENTS
Inst Ln @ 4K r 5% Rate Lake Good ??? BK N ???

SIGNATURES
X _____       _____ 10-15-02    X _____
                                      DATE                                              DATE

# EXHIBIT "2"

2

F) 323-462-4411
Attn: Loan Dept.

02-2556093

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
Edna Sadr-323-462-6471      22323-2

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Musicians Credit Union
P.O. Box 38610
Hollywood, Ca. 90038-0610

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR 1b. INDIVIDUAL'S LAST NAME: Mostert | FIRST NAME: Michael | MIDDLE NAME: | SUFFIX:

1c. MAILING ADDRESS: 6929 1/2 Camrose Drive | CITY: Los Angeles | STATE: Ca. | POSTAL CODE: 90068 | COUNTRY:

1d. TAX ID #: SSN OR EIN: 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 | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR 2b. INDIVIDUAL'S LAST NAME: None | FIRST NAME: | MIDDLE NAME: | SUFFIX:

2c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY:

2d. TAX ID #: SSN OR EIN: | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: Musicians Credit Union

OR 3b. INDIVIDUAL'S LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX:

3c. MAILING ADDRESS: P.O. Box 38610 | CITY: Hollywood | STATE: Ca. | POSTAL CODE: 90038-0610 | COUNTRY:

4. This FINANCING STATEMENT covers the following collateral:

1-Gibson 1957 Les Paul Guitar

5. ALTERNATIVE DESIGNATION (if applicable): LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING
6. [X] This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional) | All Debtors | Debtor 1 | Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)