FILED

SEP - 9 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

ENTERED

SEP 1 0 2008

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

LODGED

SEP 05 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

1 | KAREN A. RAGLAND, Esq., SBN #108560
GARWACKI & ASSOCIATES
2 | 5111 Dahlia Drive, Suite A
Los Angeles, California 90041
3 | (323) 344-4100

4 | Attorneys for Plaintiff,
MUSICIANS INTERGUILD CREDIT UNION

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO.   LA 08-15488 TD |
| MICHAEL L. MOSTERT and ELIZABETH MOSTERT | Chapter 7 |
| Debtors. | ADV. NO. LA 08-01604 |
| MUSICIANS INTERGUILD CREDIT UNION fka MUSICIANS CREDIT UNION | **STIPULATION FOR ENTRY OF JUDGMENT AND ORDER** |
| Plaintiff, | **Date:      September 18, 2008**<br>**Time:      10:00a.m.**<br>**Place:     1345** |
| v. | |
| MICHAEL L. MOSTERT | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, MUSICIANS

INTERGUILD fka MUSICIANS CREDIT UNION "Plaintiff"), and Defendants, MICHAEL L.

MOSTERT ("Defendants") by and through their respective attorneys as follows:

1.      Judgment may be entered in favor of Plaintiff and against Defendants, in the sum

of $8,258.58 together with interest thereon at the rate of 11.00% per annum from

September 6, 2007.

**Stipulation**

1

2.      This Stipulation for Entry of Judgment shall not be filed unless and until there is a default under its terms that is not cured by Defendant on a timely basis.

A.      The Defendants shall pay to Plaintiff the settlement sum of $3,500.00 pursuant to the following Schedule:

(1)   Commencing September 15, 2008, the Defendants shall commence making their regular monthly payment of $150.00 directly to Plaintiff at their address at P.O. Box 38610, 817 N. Vine Street, Hollywood. Attention: Gene Dewald and shall continue to pay said payments on the 15th day of each consecutive month thereafter until paid in full.

3.      Plaintiff's counsel shall give written notice to Defendant of any default under this Stipulation by mailing such notice to Defendant and their counsel at their last known address. The Defendant shall have ten (10) days after mailing of said notice to cure the default. In the event the Defendants fail to cure the default on a timely basis, Plaintiff may submit its' judgment without any further notice to the Defendant.

4.      In the event that the Defendant fails to cure default of any payment or performance as set forth in this Stipulation within the ten (10) days, Judgment shall be filed forthwith as set forth in paragraph 1, less any amounts paid by the Defendant prior to the default plus pre-judgment interest at 11.00% per annum plus court costs. Judgment will be entered subject to the default provisions herein, upon the filing of a Declaration Re Default in Payments by Plaintiff and/or Plaintiff's attorney of record.

5.      Acceptance of a late payment by Plaintiff shall not constitute a waiver nor in any way prejudice Plaintiff's right to receive and demand timely payments thereafter.  Plaintiff, it its sole discretion, shall have the right to declare a default under the terms herein, regardless of the number of times it has not declared a default, although entitled to do so.

6.      This document may be signed in counter parts, all of which when taken together, shall constitute the contract of the parties  hereto.

/ / /

**Stipulation**                                                                                                          2

1    7.    This debt is deemed to non-dischargeable under 11 U.S.C. Section 523 (a)(6).

2

3

4    Dated:                          BY_____
                                        DAVID S. HAGEN
5                                       Attorney for Defendants

6
     Dated:                          _____
7                                       MICHAEL L. MOSTERT
                                        Defendant
8

9

10

11   APPROVED AS TO FORM & CONTENT

12   GARWACKI & ASSOCIATES

13   _____

14   KAREN A. RAGLAND
     Attorneys for Plaintiff
15

16
                              **ORDER**
17

18       GOOD CAUSE APPEARING, IT IS SO ORDERED.

19

20       SEP 0 9 2008            _____
21                               THOMAS DONOVAN
                                 U.S. BANKRUPTCY JUDGE
22

23

24

25

26

27

28   **Stipulation**                                                3



7.    This debt is deemed to non-dischargeable under 11 U.S.C. Section 523 (a)(6).

Dated: 8-29-08          BY _____
                          DAVID S. HAGEN
                          Attorney for Defendants

Dated: 8-29, 08          _____
                          MICHAEL L. MOSTERT
                          Defendant

APPROVED AS TO FORM & CONTENT

GARWACKI & ASSOCIATES

_____
KAREN A. RAGLAND
Attorneys for Plaintiff

                          ORDER

    GOOD CAUSE APPEARING, IT IS SO ORDERED.

                          _____
                          THOMAS DONOVAN
                          U.S. BANKRUPTCY JUDGE

Stipulation                                      3

**NOTE TO USERS OF THIS FORM:**

*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| | |
|---|---|
| In re Michael L. Mostert and Elizabeth Mostert | CHAPTER 7 |
| Debtor. | CASE NUMBER LA 08-15488 TD |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.   You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*: Stipulation for Entry of Judgment and Order

was entered on *(specify date)*:      **SEP 1 0 2008**

2.   I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:   **SEP 1 0 2008**

Dated:   **SEP 1 0 2008**

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By:   _Wanda Tol_
      *Deputy Clerk*

# MAILING LIST

*In re: Michael & Elizabeth Mostert*
*Case No.: LA 08-15488 TD*
*Adversary No.: 08-1604 TD*

Debtor:
Michael Mostert
Elizabeth Mostert
2700 E. Cahuenga Blvd. East #4202
Los Angeles, CA 90068

Attorney for Debtor:
David S. Hagen
16830 Ventura Blvd., #500
Encino, CA 91436

Attorney for Movant:
Karen A. Ragland
Garwacki & Associates
5111 Dahlia Drive, Suite A
Los Angeles, CA 90041

Bankruptcy Trustee:
John J. Menchaca
835 Wilshire Blvd., Suite 300
Los Angeles, CA 90017

U.S. Trustee
United States Trustee (LA)
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017