```
 1  JAY S. ROTHMAN & ASSOCIATES
    JAY S. ROTHMAN, SBN 49739
 2  MARINA KATS FRAIGUN, SBN 192563
    21900 Burbank Blvd., Suite 210
 3  Woodland Hills, California 91367
    Tel. (818) 986-7870
 4  Fax (818) 990-3019
    E-Mail: lawyers@jayrothmanlaw.com
 5
 6  Attorney for Judgment Creditor
    JULIA JOSEPH
 7
```

FILED FEB 25 2011

Lodged FILED FEB 22 2011 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

ENTERED MAR - 2 2011 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Un Suk Yun,<br><br>                Debtor.<br><br>_____<br><br>JULIA JOSEPH,<br><br>                Plaintiff,<br><br>vs.<br><br>VALLEY RANCH BARBECUE, INC., a California corporation; and DOES 1 through 50, Inclusive,<br><br>                Defendants.<br>_____ | CASE NO.: 2:09-bk-41818-TD<br><br>ADVERSARY NO.: 2:10-ap-01196-TD<br><br>PLAINTIFF'S REQUEST FOR DISMISSAL |

Plaintiff JULIA JOSEPH ("Plaintiff"), by and through her counsel, respectfully requests that the above-entitled matter be dismissed without prejudice.

1

|     |                                   |                                   |
| --- | --------------------------------- | --------------------------------- |
| 1   |                                   | Respectfully submitted,           |
| 2   | DATED:    February 15, 2011       | JAY S. ROTHMAN & ASSOCIATES       |

*(signature)*
MARINA KATS FRAIGUN

## ORDER

Good cause appearing therefore, the Court orders this case dismissed without prejudice.

*(signature)*
Honorable Thomas B. Donovan

2/25/11

*Joseph v. Valley Ranch Barbecue*
BANKRUPTCY COURT CASE NO. 2:09-bk-41818-TD
Adversary Number 2:10-ap-01196-TD
**PROOF OF SERVICE**

STATE OF CALIFORNIA       )
COUNTY OF LOS ANGELES   )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 21900 Burbank Boulevard, Suite 210, Woodland Hills, CA 91367.

      On February 22, 2011 I served the foregoing document described as PLAINTIFF'S REQUEST FOR DISMISSAL on Defendants and the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

[X]    BY U.S. MAIL - By placing [X] a true copy thereof [ ] the original thereof, enclosed in a sealed envelope, addressed as set forth above, for collection and mailing on the date shown above following our ordinary business practices. I am readily familiar with this firm's practice for collection and processing correspondence for mailing with the U.S. Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service with postage fully prepaid.

[ ]    (BY FACSIMILE) - The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[ ]    (BY HAND DELIVERY) - I handed the above-described document(s) to each of the aforementioned attorneys at _____.

[ ]    (BY FEDERAL EXPRESS) - By placing [ ] a true copy thereof [ ] the original thereof in a sealed envelope in the Federal Express depository in the ordinary course of business.

[ ]    (BY CERTIFIED MAIL/RETURN RECEIPT) - By placing [ ] a true copy thereof [ ] the original thereof in envelopes which were sealed. with postage thereon fully prepaid, in the United States mail at Los Angeles, California.

    [X]    STATE    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    [X]    FEDERAL    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 22, 2011, at Woodland Hills, California.

_____
Diana Rosenberg

*Joseph v. Valley Ranch Barbecue*
BANKRUPTCY COURT CASE NO. 2:09-bk-41818-TD
Adversary Number 2:10-bk-41818-TD
**SERVICE LIST**

Un Suk Yun
3055 Wilshire Blvd. #1204
Los Angeles, CA 90010
Telephone:   213/385-8949

David L. Hahn, Esq.
HAHN FIFE & CO., LLP
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688
Telephone:   949/888-1014

Honorable Thomas B. Donovan
U.S. BANKRUPTCY COURT
Roybal Federal Building
255 East Temple Street
Suite 1352 / Courtroom 1345
Los Angeles, CA 90012